IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNITTE MAY DOWER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BITMICRO NETWORKS, INC., et al.,<br><br>　　　　Defendants. | No. C 15-03979 JSW<br><br>*SEALED*<br><br>**ORDER RESETTING STATUS CONFERENCE** |

　　　By order dated September 28, 2015, this Court set a status conference for February 16, 2016 at 11:00 a.m. and permitted separate status conference statements. The Court resets the status conference to Friday, February 19, 2016 at 11:00 a.m. during its regular case management calendar.

　　　**IT IS SO ORDERED.**

Dated: November 24, 2015

　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE