SEALED BY ORDER OF THE COURT

FILED
JUL 06 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
JUL - 6 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

COPIES MAILED TO SUBMITTING COUNSEL

BRIAN J. STRETCH (CA Bar No. 163973)
United States Attorney

SARA WINSLOW (DC Bar No. 457643)
Chief, Civil Division

STEVEN J. SALTIEL (CA Bar No. 202292)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6996
    FAX: (415) 436-6748
    steven.saltiel@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| U.S. ex rel. LYNITTE DOWER,<br><br>    Plaintiff,<br><br>    v.<br><br>BITMICRO NETWORKS, INC., et al.,<br><br>    Defendants. | **STIPULATION AND REQUEST FOR ENLARGEMENT OF TIME TO ELECT OR DECLINE TO INTERVENE; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL**<br><br>Case No. CV 15-03979 JSW |

    The United States of America, and Lynitte Dower, as Relator, through their undersigned counsel, hereby stipulate and request that the Court enlarge until November 7, 2016 the period during which the United States may elect to intervene in the above-captioned False Claims Act (FCA) *qui tam* action, or to notify the Court that it declines to do so, and during which the complaint and other filings shall remain under seal.

    1. This application is being filed *ex parte* pursuant to Civil L.R. 7-10 and the Federal FCA, 31 U.S.C. §§ 3729-3733, and is not being served on Defendant because the matter currently remains under seal pursuant to the FCA and order of this Court. This filing is being served on the Relator.

    2. This action was filed on August 31, 2015 under the *qui tam* provisions of the Federal FCA.

STIPULATION AND [PROPOSED ORDER]
CV 15-03979 JSW

Among other things, these provisions authorize private parties (known as relators) to file lawsuits alleging FCA violations on behalf of the United States. 31 U.S.C. § 3730(b).

3. In this action, Relator alleges that Defendant Bitmicro Networks, Inc., a supplier of removable data storage devices, submitted false claims to the U.S. Department of Defense by falsely certifying that it had complied with the International Traffic in Arms Regulations ("ITAR").

4. Under 31 U.S.C. § 3730(b)(2), a *qui tam* complaint shall remain under seal for 60 days and shall not be served on the defendant until the Court so orders. Before a *qui tam* complaint is unsealed and served upon the defendant, the United States must elect whether it will intervene in and assume prosecution of the action or, instead, elect to decline intervention and permit the relator to carry on with the action on behalf of the Government. 31 U.S.C. § 3730(b)(4). The *qui tam* provisions of the Federal FCA expressly contemplate that motions for extensions of the 60-day period will be permitted upon a showing of "good cause." 31 U.S.C. §§ 3730(b)(2) & (3).

5. On January 5, 2016, the Court granted the United States' request for an extension of time until July 6, 2016, to inform the Court of its intervention decision. This is the United States' second request for an extension.

6. The United States has been diligently investigating this case, but needs more time to complete its investigation and make an informed decision on intervention. The Government has interviewed the Relator, and reviewed the documents and disclosures provided by the Relator. The Government has also attempted to identify additional Department of Defense contracts for which Defendant Bitmicro is a supplier. Because Defendant Bitmicro is a lower-tier subcontractor, it has been difficult to identify all contracts affected by the alleged conduct. In addition, Government investigators have been working with the U.S. Department of State to determine to what extent Defendant's products are subject to ITAR. This involves review of voluminous documents submitted to, and created by, the State Department, and interviews of State Department employees. The Government expects to complete its analysis of the State Department documents shortly. The Government expects further to request information and documents from other contractors in the supply chain to ensure that it has identified all products impacted by Relator's allegations, and the status of such products under ITAR.

1   7. Accordingly, the Government seeks a four-month extension of the seal and intervention
2 deadlines in the present case, until November 7, 2016. During the extension period, if granted, the
3 Government will continue to diligently investigate Relator's allegations so that it can make an informed
4 decision on intervention.

6 DATED: July 6, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

*/s/*

STEVEN J. SALTIEL
Assistant United States Attorney

MICHAEL D. GRANSTON
SARA McLEAN
ARNOLD M. AUERHAN
Attorneys, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Post Office Box 261
Washington, D.C. 20044
(202) 307-0278

16 DATED: July 6, 2016

THE EMPLOYMENT LAW GROUP, P.C.

*David Scher / by /s/*

DAVID SCHER
Attorneys for Relator

STIPULATION AND [PROPOSED] ORDER
CV 15-03979 JSW

COPIES MAILED TO SUBMITTING COUNSEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. ex rel. LYNITTE DOWER,<br><br>    Plaintiff,<br><br>v.<br><br>BITMICRO NETWORKS, INC., et al.,<br><br>    Defendants. | STIPULATION AND REQUEST FOR ENLARGEMENT OF TIME TO ELECT OR DECLINE TO INTERVENE; [PROPOSED] ORDER<br><br>FILED UNDER SEAL<br><br>Case No. CV 15-03979 JSW |

[PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

1. The United States shall have up to and including November 7, 2016, to inform this Court of its decision whether to intervene in this matter; and,

2. All pleadings and other documents filed in this action shall remain under seal until further order of this Court.

IT IS SO ORDERED.

Dated: July 6, 2016

HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED ORDER]
CV 15-03979 JSW

COPIES MAILED TO SUBMITTING COUNSEL