```
 1  BRIAN J. STRETCH (CA Bar No. 163973)
    United States Attorney
 2
    SARA WINSLOW (DC Bar No. 457643)
 3  Chief, Civil Division

 4  STEVEN J. SALTIEL (CA Bar No. 202292)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-6996
 7      FAX: (415) 436-6748
        steven.saltiel@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

FILED
NOV 28 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
NOV 22 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. ex rel. LYNITTE DOWER,<br><br>Plaintiff,<br><br>v.<br><br>BITMICRO NETWORKS, INC., et al.,<br><br>Defendants. | **UNITED STATES' CONSENT TO DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER**<br><br>FILED UNDER SEAL<br><br>Case No. CV 15-03979 JSW |

On November 3, 2016, Relator Lynitte Dower filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Pursuant to 31 U.S.C. § 3730(b)(1), the United States of America, through their undersigned counsel of record, hereby consents to the dismissal of the above-captioned action provided such dismissal is without prejudice to the United States.

A proposed order dismissing and unsealing the action is submitted herewith.

\\

\\

\\

DATED: November 22, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____
STEVEN J. SALTIEL
Assistant United States Attorney

MICHAEL D. GRANSTON
SARA McLEAN
ARNOLD M. AUERHAN
Attorneys, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Post Office Box 261
Washington, D.C. 20044
(202) 307-0278

### [PROPOSED] ORDER

The United States having consented to dismissal of the above-captioned action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), IT IS HEREBY ORDERED that:

1. The Complaint, the summons, this Order, and the accompanying United States' Notice of Election to Decline Intervention are hereby unsealed;

2. This action is dismissed without prejudice to the United States; and,

3. The parties shall each bear their own costs.

IT IS SO ORDERED.

Dated: NOV 28 2016

_____
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED ORDER]
CV 15-03979 JSW

2

COPIES MAILED TO SUBMITTING COUNSEL

BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
STEVEN J. SALTIEL (CABN 202292)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6996
Fax: (415) 436-6748
Email: steven.saltiel@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES ex rel. LYNITTE DOWER,<br><br>Plaintiff,<br><br>v.<br><br>BITMICRO NETWORKS, INC., et al.,<br><br>Defendants. | Case No. C 15-3979 JSW<br><br>**PROOF OF SERVICE**<br><br>FILED UNDER SEAL |

1

PROOF OF SERVICE
C 15-3979 JSW

# PROOF OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

- **UNITED STATES' CONSENT TO DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ **PERSONAL SERVICE (BY MESSENGER)**

_____ **FEDERAL EXPRESS via Priority Overnight**

_____ **FACSIMILE (FAX)** Telephone No.: __See Below__

_____ **ELECTRONIC MAIL**

to the party(ies) addressed as follows:

The Employment Law Group, P.C.
David Scher
888 17th Street, Ste. 900
Washington, D.C. 20006

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 22, 2016 at San Francisco, California.

Respectfully submitted,
BRIAN J. STRETCH
United States Attorney

*Stefania* (signature)

STEFANIA M. CHIN
Legal Assistant

PROOF OF SERVICE
C 15-3979 JSW